UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DOZIER,<br><br>            Plaintiff,<br><br>    v.<br><br>C.W. BROWER INC.,<br><br>            Defendant. | Case No.   1:23-cv-00103-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 8) |

This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 8), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has not filed an answer or a motion for summary judgment. In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:   **March 24, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1